

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-20-00195-CR

## IN RE WILLIAM CHARLES WEBB

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's original application for writ of mandamus is denied.


REX D. DAVIS
Justice


Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Application for writ of mandamus denied
Opinion delivered and filed August 19, 2020
[OT06]

